JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

    450 Golden Gate Ave. 11th Floor
    San Francisco, Ca. 94102
    Telephone: (415) 436-7223
    Barbara.Silano@usdoj.gov

Attorney for Applicant

FILED
MAY 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. CR 06-03239 JSW |
| | ) | CR 01-00423 JSW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PETITION FOR AND WRIT** |
| | ) | **OF HABEAS CORPUS AD** |
| CRESCENCIO ROSALES, | ) | **PROSEQUENDUM** |
| | ) | |
| Defendant. | ) | |

TO:    The Honorable JEFFREY S. WHITE, United States District Court Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney Barbara Brennan Silano respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner CRESCENCIO ROSALES, whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the above

\\\
\\\
\\\
\\\
\\\

PETITION AND WRIT

entitled matter in this Court and, therefore petitioner prays that this Court issue the Writ as presented.

Respectfully submitted,

JOSEPH P. RUSSONIELLO

United States Attorney
Northern District of California

DATED: April 30, 2008                /s/

BARBARA BRENNAN SILANO
Assistant United States Attorney

SO ORDERED.

DATED: May 07 2008

HON. JEFFREY S. WHITE
United States District Court Judge

PETITION AND WRIT                                   2

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FREDIRICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies. Jailor, Warden, Sheriff of Northeast Ohio Correctional Center, Youngstown, Ohio:

## GREETING

WE COMMAND that on, June 19, 2008 at 2:30 p.m., or as soon as practicable, you have and produce the body of this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner CRESCENCIO ROSALES, Prisoner ID Number 65650-065 in your custody in Northeast Ohio Correctional Center- C11, 2240 Hubbard Road, Youngstown, Ohio 44505, or any other Federal Correctional Facility, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Jeffery S. White, 17th floor, Courtroom 2 in order that CRESCENCIO ROSALES may appear for an evidentiary hearing upon the charges heretofore filed against him in the above entitled Court and to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ

\\\
\\\
\\\
\\\
\\\
\\\

PETITION AND WRIT                                                                                                                  3

1 | WITNESS the Honorable Jeffrey S. White, United States District Court Judge, United
2 | States District Court for the Northern District of California.

4 | DATED:        CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

PETITION AND WRIT     4